UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NYRON HARRISON AND THELMA WILLIAMS, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, K.H.<br><br>VERSUS<br><br>JEFFERSON PARISH SCHOOL BOARD, DR. JAMES GRAY, CECILY WHITE, TERRI JOIA, AND PATRICIA ADAMS | *<br>*<br>*<br>*<br>*<br>*  Case No. _____<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, come Defendants, the Jefferson Parish School Board ("JPSB"), Dr. James Gray ("Dr. Gray"), Cecily White ("White"), Terri Joia ("Joia"), and Patricia Adams ("Adams"), who file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, and 1441 and hereby give notice of removal of this action from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. As grounds for removal, Defendants state as follows:

1.

On October 2, 2019, a "Petition for Judicial Review, and Alternatively, a Writ of Mandamus, Petition for Damages and Request for Jury Trial" ("Petition") was filed by Plaintiffs, Nyron Harrison and Thelma Williams ("Plaintiffs"), in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, styled *"Nyron Harrison and Thelma Williams, individually and on behalf of their minor child, K.H. v. Jefferson Parish School Board, Dr. James Gray, Patricia Adams, Cecily White, and Terri Joia "* and bearing Docket Number 810-813, Division "M" (the "State Court Action").

2.

On October 8, 2019, Defendant JPSB was served with a copy of the Citation and Petition.

3.

On October 6, 2020, Plaintiffs filed in the State Court Action a "Motion for Temporary Restraining Order with Incorporated Memorandum, Petition for Preliminary and Permanent Injunctive Relief and Damages," ("Motion for TRO/Injunction") seeking a temporary restraining order as well as preliminary and permanent injunctive relief against Defendants. The Hon. Robert J. Burns, Judge *Pro Tempore* for Division "M," issued the TRO without hearing from JPSB and in the absence of notice to JPSB's counsel or the certification required by La. Code Civ. Proc. art. 3603. That Order also set a preliminary injunction hearing for November 4, 2020 at 9:00 a.m. to decide the appropriateness of injunctive relief. This preliminary injunction hearing was set beyond the ten-day period allowed by La. Code Civ. Proc. art. 3602 and there was no statement in the Order as to why it was extended beyond the ten-day period as required under La. Code Civ. Proc. art. 3604.

4.

As a result of the removal of the State Court Action to this Court, the referenced November 4th hearing and any further proceedings in the 24th Judicial District Court are adjourned and must be rescheduled before this Court.

5.

On October 16, 2020, counsel for Plaintiffs notified undersigned counsel for Defendants that Plaintiffs intended to file a First Supplemental and Amending Petition ("Amended Petition") and requested that Defendants waive formal service, to which counsel for Defendants agreed. Plaintiffs filed the Amended Petition on October 16, 2020.

6.

Counsel for Plaintiffs and the undersigned counsel for Defendants agreed in writing to extend Defendants' responsive pleading deadline for the original Petition and Amended Petition through November 16, 2020.

7.

Copies of the original Petition and Amended Petition, and the Motion for TRO/Injunction with signed TRO/Rule to Show Cause are attached hereto as Exhibit "A" *in globo.*

8.

This action is properly removed to this Honorable Court pursuant to 28 U.S.C. § 1331 as the controversy clearly involves claims "arising under the Constitution, laws, or treaties of the United States." Plaintiff's original Petition includes claims brought under federal civil rights statutes, 42 U.S.C. §§ 1983 and 1985, and the First and Fourteenth Amendments to the United States Constitution. *See* Ex. A, Original Petition at pp. 17–20, Counts I–III. Further, Plaintiff's First Supplemental and Amending Petition includes an additional claim alleging violation of the First Amendment by Defendants. *See* Ex. A, Amended Petition at pp. 2–5, Count VIII.

9.

Pursuant to 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over all remaining state law claims in the original Petition and Amended Petition, which include claims of detrimental reliance, defamation, negligence, and intentional/negligent infliction of emotional distress, since all such claims are so related to the claims arising under federal law as to form part of the same case or controversy. *See Scully v. Mabile*, No. 99-2431, 1999 WL 1032615, at *1 (E.D. La. Nov. 9, 1999) (denying motion to remand action alleging claims under Section 1983 and exercising supplemental jurisdiction over state law claims).

10.

This Notice of Removal is being filed within thirty days of Defendants' receipt of the initial pleading, and, therefore is timely pursuant to 28 U.S.C. § 1446(b).

11.

JPSB, Dr. Gray, Adams, White, and Joia are the only defendants named in Plantiffs' original Petition and Amended Petition. Therefore, all named defendants have joined in this Notice of Removal.

12.

The State Court Action is pending in the 24th Judicial District Court for the Parish of Jefferson, and as such, the United States District Court for the Eastern District of Louisiana is the appropriate district and division to which this action is removable pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

13.

In accordance with 28 U.S.C. § 1446(d), Defendants have provided notice to Plaintiffs, through delivery of a copy of this Notice of Removal to their counsel of record, and to the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, through filing into the record of the State Court Action a copy of this Notice of Removal.

14.

In accordance with 28 U.S.C. § 1447(b) and E.D. La. L.R. 3.2, the Defendants will file into the record of this Court, within fourteen (14) days of removal, a list of all parties remaining in this action, copies of all pleadings filed in state court, and copies of the returns of service filed in state court for those parties.

**WHEREFORE**, Defendants, the Jefferson Parish School Board, Dr. James Gray, Cecily White, Terri Joia, and Patricia Adams, pray that further proceedings in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, be terminated and that this suit be removed henceforth to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

**BREAZEALE, SACHSE & WILSON, L.L.P.**

By: */s/ Eve B. Masinter*
E. Fredrick Preis, Jr. (La. Bar No. 10704)
Eve B. Masinter (La. Bar No. 1218), T.A.
Matthew M. McCluer (La. Bar No. 33970)
First Bank & Trust Tower, Suite 1500
909 Poydras Street
New Orleans, LA 70112-4004
Telephone: (504) 619-1800
Fax: (504) 584-5452
efp@bswllp.com
eve.masinter@bswllp.com
matthew.mccluer@bswllp.com
*Counsel for Defendants, Jefferson Parish School Board, Dr. James Gray, Cecily White, Terri Joia, and Patricia Adams*