UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NYRON HARRISON *et al*<br><br>    Plaintiffs,<br><br>    *v.*<br><br>JEFFERSON PARISH SCHOOL BOARD *et al*,<br><br>    Defendants. | NO.    2:20-cv-2916<br><br>SECTION G/5<br><br>CHIEF JUDGE BROWN<br><br>MAGISTRATE JUDGE NORTH |

## MOTION TO INTERVENE BY THE STATE OF LOUISIANA

The State of Louisiana ("Louisiana") hereby moves to intervene as of right in the above-captioned action. This motion is brought pursuant to 28 U.S.C. § 2403, Federal Rule of Civil Procedure 5.1, and Federal Rule of Civil Procedure 24. This motion is based on the attached memorandum and any further papers filed in support of this motion, the argument of counsel, and all pleadings and records on file in this matter. Louisiana's proposed complaint in intervention is attached.

Dated February 5, 2021                    Respectfully submitted,

                            JEFF LANDRY
                              ATTORNEY GENERAL

                            /s/ Elizabeth B. Murrill
                            Elizabeth B. Murrill (LSB 20685)
                              Solicitor General
                            Joseph S. St. John (LSB 36682)
                              Deputy Solicitor General
                            LOUISIANA DEPARTMENT OF JUSTICE
                            909 Poydras Street, Suite 1850
                            New Orleans, LA 70112
                            (225) 485-2458
                            stjohnj@ag.louisiana.gov
                            murrille@ag.louisiana.gov
                            *Attorneys for the State of Louisiana*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2021, I am causing this document and its attachments to be filed via the ECF system, which will serve all counsel of record. I further certify that I will cause a copy of this document and its attachments to be deposited in the U.S. mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Chelsea B. Cusimano | Eve B. Masinter |
| Douglas R. Kraus | Ernst F. Preis, Jr. |
| Susannah C. McKinney | Matthew M. McCluer |
| Brener Law Firm LLC | Breazeale, Sachse & Wilson LLP |
| 3640 Magazine Street | 909 Poydras Street, Suite 1500 |
| New Orleans, LA 70115 | New Orleans, LA 70112 |

                                        /s/ Elizabeth B. Murrill