UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NYRON HARRISON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 20-2916** |
| **JEFFERSON PARISH SCHOOL BOARD, ET AL.** | **SECTION: "G"** |

## ORDER

Pending before the Court is Defendants "Motion to Dismiss" filed on January 8, 2021.[1] On March 29, 2021, Plaintiffs filed a third amended complaint, supplementing and amending Plaintiffs' constitutional challenges.[2] Therefore, the third amended complaint renders the original motion to dismiss moot.[3] Accordingly,

**IT IS HEREBY ORDERED** that Defendants' "Motion to Dismiss"[4] filed on January 8, 2021 is **DENIED AS MOOT**.

NEW ORLEANS, LOUISIANA, this <u>20th</u> day of April, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 36.
[2] Rec. Doc. 67.
[3] *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017), as revised (June 8, 2017) (citing *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994)).
[4] Rec. Doc. 36.