MINUTE ENTRY
BROWN, J.
May 7, 2021
JS-10 00:57

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NYRON HARRISON, ET AL. | CIVIL ACTION |
| VERSUS | NO. 20-2916<br>c/w 21-40 |
| JEFFERSON PARISH SCHOOL BOARD, ET AL. | SECTION: "G" |

## MINUTE ENTRY AND ORDER

A video status conference was called by the Court on May 7, 2021, with the following individuals participating:

- Representing Plaintiffs: Chelsea Cusimano (Brener Law Firm, LLC)
- Representing Defendants: Eve Masinter and Matthew McCluer (Breazeale, Sachse & Wilson, L.L.P.)
- Representing the State of Louisiana: Joseph St. John and Elizabeth Murrill (Office of the Attorney General)
- Representing Amicus ACLU: Carter Smith (Jenner and Block LLP)

The Court met with the parties to discuss the status of the case.

**NEW ORLEANS, LOUISIANA**, this __7th__ day of May, 2021.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**