UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NYRON HARRISON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 20-2916** |
| **JEFFERSON PARISH SCHOOL BOARD, ET AL.** | **SECTION: "G"(2)** |

### ORDER

The Court having been advised that Plaintiffs Nyron Harrison and Thelma Williams (collectively, "Plaintiffs") and Defendants the Jefferson Parish School Board, Dr. James Gray, Cecily White, Terri Joia, Patricia Adams, and Clay Moise (collectively, "Defendants") have firmly agreed upon a resolution of Plaintiffs' claims against Defendants in this matter, and Defendant Jefferson Parish School Board's counterclaim against Plaintiffs in this matter, reserving its counterclaim against the State of Louisiana, pending approval by the Jefferson Parish School Board during its July 7, 2021 meeting,

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants, and Defendant Jefferson Parish School Board's counterclaim against Plaintiffs only, but not against the State of Louisiana, are hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if final resolution is not consummated. The Court retains jurisdiction to enforce the terms of the resolution agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as all documents associated with the resolution of this matter are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 4th day of June, 2021.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**