UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NYRON HARRISON AND THELMA WILLIAMS, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, K.H.<br><br>VERSUS<br><br>JEFFERSON PARISH SCHOOL BOARD, DR. JAMES GRAY, CECILY WHITE, TERRI JOIA, AND PATRICIA ADAMS | *<br>*<br>*  CASE NO. 20-cv-02916<br>*<br>*  SECTION G, DIVISION 5<br>*<br>*   DISTRICT JUDGE: BROWN<br>*<br>*  MAGISTRATE JUDGE: NORTH<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Defendants, the Jefferson Parish School Board, Dr. James Gray, Cecily White, Terri Joia, Patricia Adams, and Benjamin "Clay" Moïse, II ("Defendants") and Plaintiffs, Nyron Harrison and Thelma Williams, individually and on behalf of their minor child, Ka'Mauri Harrison ("Harrison-Williams") and hereby stipulate and move this Court to dismiss all claims of Harrison-Williams as set forth in the Complaint, First Amending and Supplemental Complaint, Second Amending and Supplemental Complaint, and Third Amending and Supplemental Complaint and Defendants' Counterclaim against Harrison-Williams in the above-captioned matter with prejudice, especially and specifically reserving all claims by Defendants against the Louisiana Attorney General as set forth in the Counterclaim, and reserving all claims made by the Louisiana Attorney General against Defendants.

Harrison-Williams and Defendants have mutually agreed to compromise and settle all known and unknown claims and causes of action of any nature whatsoever against each other, and to further release each other from any and all liability, relating in any way to the claims alleged by

Harrison-Williams against Defendants, and by Defendants against Harrison-Williams in Defendants' Counterclaim. Defendants expressly and specifically reserve and do not waive their claims against the Louisiana Attorney General in Defendants' Counterclaim.

Respectfully submitted, this 14th day of August, 2021.

| | |
|---|---|
| /s/ *Chelsea B. Cusimano* | /s/ *Eve B. Masinter* |
| Chelsea B. Cusimano, Bar #34857 | E. Fredrick Preis, Jr. (La. Bar No. 10704) |
| Douglas R. Kraus, Bar #26668 | Eve B. Masinter (La. Bar No. 1218), T.A. |
| Brener & Kraus, L.L.C. | Matthew M. McCluer (La. Bar No. 33970) |
| 3640 Magazine Street | BREAZEALE, SACHSE & WILSON, L.L.P. |
| New Orleans, LA 70115 | First Bank & Trust Tower, Suite 1500 |
| Telephone: (504) 302-7802 | 909 Poydras Street |
| Facsimile: (504) 304-4759 | New Orleans, LA 70112-4004 |
| Email: cbcusimano@bernerlawfirm.com | Telephone: (504) 619-1800 |
| dkraus@bernerlawfirm.com | Fax: (504) 584-5452 |
| | Email: efp@bswllp.com |
| **Counsel to Plaintiffs, Nyron Harrison, Thelma Williams, and their minor child, Ka'Mauri Harrison** | eve.masinter@bswllp.com |
| | matthew.mccluer@bswllp.com |
| | **Counsel for Defendants, Jefferson Parish School Board, Dr. James Gray, Cecily White, Terri Joia, Patricia Adams, and Benjamin "Clay" Moïse, II** |