UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NYRON HARRISON AND THELMA WILLIAMS, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, K.H.** | CASE NO. 20-cv-02916 |
| | SECTION G, DIVISION 5 |
| **VERSUS** | |
| | DISTRICT JUDGE: BROWN |
| **JEFFERSON PARISH SCHOOL BOARD, DR. JAMES GRAY, CECILY WHITE, TERRI JOIA, AND PATRICIA ADAMS** | MAGISTRATE JUDGE: NORTH |

## JUDGMENT

Considering the foregoing Joint Stipulation of Dismissal executed by Defendants, the Jefferson Parish School Board, Dr. James Gray, Cecily White, Terri Joia, Patricia Adams, and Benjamin "Clay" Moïse, II ("Defendants") and Plaintiffs, Nyron Harrison and Thelma Williams, individually and on behalf of their minor child, Ka'Mauri Harrison ("Harrison-Williams"):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims of Harrison-Williams as set forth in the Complaint, First Amending and Supplemental Complaint, Second Amending and Supplemental Complaint, and Third Amending and Supplemental Complaint and all claims in Defendants' Counterclaim as to Harrison-Williams in the above-captioned matter be dismissed with prejudice, with each party to bear its own costs and attorney's fees, specifically reserving Defendants' claims in their Counterclaim as to the Louisiana Attorney General and reserving all claims made by the Louisiana Attorney General against Defendants.

NEW ORLEANS, LOUISIANA, this  16th  day of August, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**