UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NYRON HARRISON *et al* <br><br> Plaintiffs, <br><br> *v.* <br><br> JEFFERSON PARISH SCHOOL BOARD *et al*, <br><br> Defendants. | NO.   2:20-cv-2916 <br><br> SECTION G/5 <br><br> CHIEF JUDGE BROWN <br><br> MAGISTRATE JUDGE NORTH |

## JOINT MOTION TO CONSOLIDATE AND SET SCHEDULE

1. The private plaintiffs having settled their claims, Defendant Jefferson Parish School Board, Defendant Dr. James Gray, and Intervenor State of Louisiana jointly move pursuant to Federal Rule of Civil Procedure 42 to consolidate *Brown v. Jefferson Parish School Board*, No. 2:21-cv-40 (E.D. La.), with this action. Both the *Brown* action and this action involve common questions of law or fact, such that judicial efficiency and the convenience of the parties warrant consolidation.

2. In view of the disruption to discovery (including postponed depositions and a delayed subpoena response) caused by Hurricane Ida, the parties jointly move the Court to vacate the existing schedule in this action and adopt the schedule previously set in *Brown* for the consolidated action. A true and accurate copy of the *Brown* schedule is attached as Exhibit A.

3. A proposed order is attached.

Dated: October 8, 2021

**JEFF LANDRY**
 **ATTORNEY GENERAL**

/s/ Joseph S. St. John
ELIZABETH B. MURRILL (LSB 20685)
  *Solicitor General*
JOSEPH S. ST. JOHN (LSB 36682)
  *Deputy Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
909 Poydras Street, Suite 1850
New Orleans, LA 70112
Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Attorneys for the State of Louisiana*


/s/ Eve B. Masinter
E. Fredrick Preis, Jr. (La. Bar No. 10704)
Eve B. Masinter (La. Bar No. 1218), T.A.
Matthew M. McCluer (La. Bar No. 33970)
BREAZEALE, SACHSE & WILSON, L.L.P.
First Bank & Trust Tower, Suite 1500
909 Poydras Street
New Orleans, LA 70112-4004
Telephone: (504) 619-1800
Fax: (504) 584-5452
Email: efp@bswllp.com
eve.masinter@bswllp.com
matthew.mccluer@bswllp.com

*Counsel for Defendants*